1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11   **ROBERT CARL HAM,**                )   **NO. CV 17-5500-AG (KS)**
                          **Petitioner,**  )
12        **v.**                          )
                                          )   **ORDER ACCEPTING FINDINGS AND**
13                                        )   **RECOMMENDATIONS OF UNITED**
     **W.J. SULLIVAN, Warden,**           )   **STATES MAGISTRATE JUDGE**
14                                        )
                          **Respondent.** )
15   _____     )
16
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas
19   Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United
20   States Magistrate Judge ("Report").  The time for filing Objections to the Report has passed,
21   and no Objections have been filed with the Court.
22
23        Having completed its review, the Court accepts the findings and recommendations set
24   forth in the Report but makes the following typographical corrections:  (1) on page 13 line 25
25   the close parenthesis after "2017" is deleted; (2) on page 14 line 12 the close parenthesis after
26   "(a)" is deleted; (3) on page 18 line 4 the close parenthesis after "12A" is deleted; and (4) on
27   page 19 line 7 a period and close parenthesis is added after "2CT 315:4-12".
28

Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: November 30, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE